# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

UNITEDHEALTHCARE OF PENNSYLVANIA, INC.,

        Petitioner

        v.

DEPARTMENT OF HUMAN SERVICES,

        Respondent

: No. 744 MAL 2017
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.